**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ralph L. Major                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-11963 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Towd Point Master Funding Trust 2018-PM22 CO1, U.S. Bank National Association, as Trustee and index same on the master mailing list.

                                             Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
29 Sep 2021, 13:01:26, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322