**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 21-11963-ELF

RALPH L. MAJOR

9243 EAGLE VIEW DRIVE

LAFAYETTE HILL, PA 19444

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RALPH L. MAJOR

9243 EAGLE VIEW DRIVE

LAFAYETTE HILL, PA 19444

Counsel for debtor(s), by electronic notice only.

EUGENE A. CAMPOSANO ESQ
1250 GERMANTOWN PK
SUITE 205
PLYMOUTH MEETING, PA 19462-

Date: 9/29/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee