Case 21-11963-elf    Doc 29    Filed 11/22/21    Entered 11/22/21 16:28:06    Desc Main Document    Page 1 of 3

### 5993

**Employee**
Ralph Major, 9243 Eagleview Drive, Lafayette Hill, PA 19444

SSN

Pay Period: 05/01/2021 - 05/07/2021       Pay Date: 05/12/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Trips | 10.50 | 17.25 | 181.13 | 1,298.07 |
| Carroll | 6.00 | 34.50 | 207.00 | 1,621.50 |
| St. Philip & Carroll | 4.00 | 43.00 | 172.00 | 3,612.00 |
| St. Philips | | | 0.00 | 231.00 |
| | 20.50 | | 560.13 | 6,762.57 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Whitemarsh Twp. Local tax 1.25% | -7.00 | -84.55 |
| Whitemarsh Service Tax | -1.00 | -18.00 |
| Federal Withholding | -54.00 | -585.00 |
| Social Security Employee | -34.73 | -419.28 |
| Medicare Employee | -8.12 | -98.06 |
| PA - Withholding | -17.20 | -207.63 |
| PA - Unemployment Employee | -0.34 | -4.06 |
| | -122.39 | -1,416.58 |

**Net Pay**  437.74   5,345.99



Handwritten notes:
5/3 - 2
5/5 - 4 3/4
5/7 - 3 3/4

Ralph Major
21-11963-elf
Employee Income Records

Sague Auto Service Inc, 502 Germantown Pike, Lafayette Hill, PA 19444

Powered by **Intuit Payroll**

---

## SAGUE AUTO SERVICE, INC.                                                                    599

**Employee**
Ralph Major, 9243 Eagleview Drive, Lafayette Hill, PA 19444

SSN

Pay Period: 05/08/2021 - 05/14/2021       Pay Date: 05/19/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Trips | 7.00 | 17.25 | 120.75 | 1,418.82 |
| Carroll | 5.00 | 34.50 | 172.50 | 1,794.00 |
| St. Philip & Carroll | 3.00 | 43.00 | 129.00 | 3,741.00 |
| St. Philips | | | 0.00 | 231.00 |
| | 15.00 | | 422.25 | 7,184.82 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Whitemarsh Twp. Local tax 1.25% | -5.28 | -89.83 |
| Whitemarsh Service Tax | -1.00 | -19.00 |
| Federal Withholding | -38.00 | -623.00 |
| Social Security Employee | -26.18 | -445.46 |
| Medicare Employee | -6.12 | -104.18 |
| PA - Withholding | -12.96 | -220.59 |
| PA - Unemployment Employee | -0.25 | -4.31 |
| | -89.79 | -1,506.37 |

**Net Pay**  332.46   5,678.45

Handwritten:
5/12 - 2
5/13 - 5

Sague Auto Service Inc, 502 Germantown Pike, Lafayette Hill, PA 19444

Powered by **Intuit Payroll**

---

## SAGUE AUTO SERVICE, INC.                                                                    600

**Employee**
Ralph Major, 9243 Eagleview Drive, Lafayette Hill, PA 19444

SSN

Pay Period: 05/15/2021 - 05/21/2021       Pay Date: 05/26/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Trips | 6.00 | 17.25 | 103.50 | 1,522.32 |
| Carroll | 4.00 | 34.50 | 138.00 | 1,932.00 |
| St. Philip & Carroll | 6.00 | 43.00 | 258.00 | 3,999.00 |
| St. Philips | | | 0.00 | 231.00 |
| | 16.00 | | 499.50 | 7,684.32 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Whitemarsh Twp. Local tax 1.25% | -6.24 | -96.07 |
| Whitemarsh Service Tax | -1.00 | -20.00 |
| Federal Withholding | -47.00 | -670.00 |
| Social Security Employee | -30.97 | -476.43 |
| Medicare Employee | -7.24 | -111.42 |
| PA - Withholding | -15.33 | -235.92 |
| PA - Unemployment Employee | -0.30 | -4.61 |
| | -108.08 | -1,614.45 |

**Net Pay**  391.42   6,069.87

Handwritten:
5/19 - 2
5/21 - 4

Sague Auto Service Inc, 502 Germantown Pike, Lafayette Hill, PA 19444

Powered by **Intuit Payroll**

**SAGUE AUTO SERVICE, INC.**

60056

Employee: Ralph Major, 9243 Eagleview Drive, Lafayette Hill, PA 19444
SSN: ●●●●●

Pay Period: 05/22/2021 - 05/28/2021    Pay Date: 06/02/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Carroll | 3.00 | 34.50 | 103.50 | 2,035.50 |
| St. Philip & Carroll | 5.00 | 43.00 | 215.00 | 4,214.00 |
| Trips | | | 0.00 | 1,522.32 |
| St. Philips | | | 0.00 | 231.00 |
| | 8.00 | | 318.50 | 8,002.82 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Whitemarsh Twp. Local tax 1.25% | -3.98 | -100.05 |
| Whitemarsh Service Tax | -1.00 | -21.00 |
| Federal Withholding | -25.00 | -695.00 |
| Social Security Employee | -19.74 | -496.17 |
| Medicare Employee | -4.62 | -116.04 |
| PA - Withholding | -9.78 | -245.70 |
| PA - Unemployment Employee | -0.19 | -4.80 |
| | -64.31 | -1,678.76 |

Net Pay    254.19    6,324.06

Sague Auto Service Inc, 502 Germantown Pike, Lafayette Hill, PA 19444

Powered by **Intuit Payroll**

---

**SAGUE AUTO SERVICE, INC.**

60096

Employee: Ralph Major, 9243 Eagleview Drive, Lafayette Hill, PA 19444
SSN: ●●●●●

Pay Period: 05/29/2021 - 06/04/2021    Pay Date: 06/09/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Trips | 4.00 | 17.25 | 69.00 | 1,591.32 |
| Carroll | 5.00 | 34.50 | 172.50 | 2,208.00 |
| St. Philip & Carroll | 3.00 | 43.00 | 129.00 | 4,343.00 |
| St. Philips | | | 0.00 | 231.00 |
| | 12.00 | | 370.50 | 8,373.32 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Whitemarsh Twp. Local tax 1.25% | -4.63 | -104.68 |
| Whitemarsh Service Tax | -1.00 | -22.00 |
| Federal Withholding | -32.00 | -727.00 |
| Social Security Employee | -22.98 | -519.15 |
| Medicare Employee | -5.37 | -121.41 |
| PA - Withholding | -11.37 | -257.07 |
| PA - Unemployment Employee | -0.22 | -5.02 |
| | -77.57 | -1,756.33 |

Net Pay    292.93    6,616.99

*handwritten: 6/4 - 4*

Sague Auto Service Inc, 502 Germantown Pike, Lafayette Hill, PA 19444

Powered by **Intuit Payroll**

---

**SAGUE AUTO SERVICE, INC.**

60137

Employee: Ralph Major, 9243 Eagleview Drive, Lafayette Hill, PA 19444
SSN: ●●●●●

Pay Period: 06/05/2021 - 06/11/2021    Pay Date: 06/16/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Trips | 4.00 | 17.25 | 69.00 | 1,660.32 |
| St. Philip & Carroll | 8.00 | 43.00 | 344.00 | 4,687.00 |
| St. Philips | 1.00 | 21.00 | 21.00 | 252.00 |
| Carroll | | | 0.00 | 2,208.00 |
| | 13.00 | | 434.00 | 8,807.32 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Whitemarsh Twp. Local tax 1.25% | -5.43 | -110.11 |
| Whitemarsh Service Tax | -1.00 | -23.00 |
| Federal Withholding | -39.00 | -766.00 |
| Social Security Employee | -26.90 | -546.05 |
| Medicare Employee | -6.30 | -127.71 |
| PA - Withholding | -13.32 | -270.39 |
| PA - Unemployment Employee | -0.26 | -5.28 |
| | -92.21 | -1,848.54 |

Net Pay    341.79    6,958.78

*handwritten: 6/7 - 2, 6/9 - 2*

Sague Auto Service Inc, 502 Germantown Pike, Lafayette Hill, PA 19444

Powered by **Intuit Payroll**

**SAGUE AUTO SERVICE, INC.**

60169

Employee: Ralph Major, 9243 Eagleview Drive, Lafayette Hill, PA 19444
SSN:
Pay Period: 06/12/2021 - 06/18/2021     Pay Date: 06/23/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Trips | 4.00 | 17.25 | 69.00 | 1,729.32 |
| St. Philips | 10.00 | 21.00 | 210.00 | 462.00 |
| Carroll |  |  | 0.00 | 2,208.00 |
| St. Philip & Carroll |  |  | 0.00 | 4,687.00 |
|  | 14.00 |  | 279.00 | 9,086.32 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 |  |
| Whitemarsh Twp. Local tax 1.25% | -3.49 | -113.60 |
| Whitemarsh Service Tax | -1.00 | -24.00 |
| Federal Withholding | -21.00 | -787.00 |
| Social Security Employee | -17.30 | -563.35 |
| Medicare Employee | -4.04 | -131.75 |
| PA - Withholding | -8.57 | -278.96 |
| PA - Unemployment Employee | -0.17 | -5.45 |
|  | -55.57 | -1,904.11 |

Net Pay    223.43    7,182.21

*Handwritten: 6/17 - 2, 6/18 - 2*

Sague Auto Service Inc, 502 Germantown Pike, Lafayette Hill, PA 19444    Powered by Intuit Payroll

---

**SAGUE AUTO SERVICE, INC.**

60192

Employee: Ralph Major, 9243 Eagleview Drive, Lafayette Hill, PA 19444
SSN:
Pay Period: 06/19/2021 - 06/25/2021     Pay Date: 06/30/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Trips | 13.00 | 17.25 | 224.25 | 1,953.57 |
| Carroll |  |  | 0.00 | 2,208.00 |
| St. Philips |  |  | 0.00 | 462.00 |
| St. Philip & Carroll |  |  | 0.00 | 4,687.00 |
|  | 13.00 |  | 224.25 | 9,310.57 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 |  |
| Whitemarsh Twp. Local tax 1.25% | -2.80 | -116.40 |
| Whitemarsh Service Tax | -1.00 | -25.00 |
| Federal Withholding | -15.00 | -802.00 |
| Social Security Employee | -13.91 | -577.26 |
| Medicare Employee | -3.25 | -135.00 |
| PA - Withholding | -6.88 | -285.84 |
| PA - Unemployment Employee | -0.14 | -5.59 |
|  | -42.98 | -1,947.09 |

Net Pay    181.27    7,363.48

*Handwritten: 6/22 - 2, 6/24 - 2½, 6/25 - 8½*

Sague Auto Service Inc, 502 Germantown Pike, Lafayette Hill, PA 19444    Powered by Intuit Payroll

---

**SAGUE AUTO SERVICE, INC.**

60265

Employee: Ralph Major, 9243 Eagleview Drive, Lafayette Hill, PA 19444
SSN:
Pay Period: 07/10/2021 - 07/16/2021     Pay Date: 07/21/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Trips | 6.00 | 17.25 | 103.50 | 2,057.07 |
| Carroll |  |  | 0.00 | 2,208.00 |
| St. Philips |  |  | 0.00 | 462.00 |
| St. Philip & Carroll |  |  | 0.00 | 4,687.00 |
|  | 6.00 |  | 103.50 | 9,414.07 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 |  |
| Whitemarsh Twp. Local tax 1.25% | -1.29 | -117.69 |
| Whitemarsh Service Tax | -1.00 | -26.00 |
| Federal Withholding | -3.00 | -805.00 |
| Social Security Employee | -6.41 | -583.67 |
| Medicare Employee | -1.50 | -136.50 |
| PA - Withholding | -3.18 | -289.02 |
| PA - Unemployment Employee | -0.06 | -5.65 |
|  | -16.44 | -1,963.53 |

Net Pay    87.06    7,450.54

*Handwritten: 7/16 - 6*

Sague Auto Service Inc, 502 Germantown Pike, Lafayette Hill, PA 19444    Powered by Intuit Payroll