UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      RALPH L. MAJOR,           :     Chapter 13
                                      :
            Debtor                    :     Bky. No. 21-11963 ELF

## O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **February 15, 2022,** it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before March 1, 2022**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date:  February 15, 2022

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**