# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ralph L. Major<br>                   Debtor(s)<br><br>Towd Point Master Funding Trust 2018-PM22 CO1, U.S. Bank National Association, as Trustee, its successors and/or assigns<br>                   Movant<br>       vs.<br><br>Ralph L. Major<br>                   Debtor(s)<br><br>Kenneth E. West Esq.<br>                   Trustee | CHAPTER 13<br><br>NO. 21-11963 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Towd Point Master Funding Trust 2018-PM22 CO1, U.S. Bank National Association, as Trustee, which was filed with the Court on or about **September 30, 2021, docket number 23**.

                                              Respectfully submitted,

                                              /s/ Rebecca A. Solarz, Esq.
                                              _____
                                              Rebecca A. Solarz, Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              Phone: (215)-627-1322

Dated: March 15, 2022