United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11963-elf |
| Ralph L. Major | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 30, 2022 | Form ID: 155 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ralph L. Major, 9243 EagleView Drive, Lafayette Hill, PA 19444-1739 |
| 14638171 | + | Ajax Mortgage Loan Trust 2021-C, c/o Gregory Funding LLC, PO Box 230579, Tigard, OR 97281-0579 |
| 14624565 | + | Barden Thorwarth and Daughtridge, C/o Apex Asset Management, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 14624559 | + | Chestnut Hill Hospital, C/o Arcadia Recovery, PO Box 6768, Wyomissing, PA 19610-0768 |
| 14624553 | + | Gregory Funding, PO Box 742334, Los Angeles, CA 90074-2334 |
| 14624555 | + | Jefferson Health, 833 Chestnut Street, Ste 115, Philadelphia, PA 19107-4401 |
| 14624557 | + | Jefferson Health, C/o ProCon, PO Box 505, Linden, MI 48451-0505 |
| 14644312 | + | Jefferson Health System-Hospital c/o Tabas & Rosen, 1601 Market Street Suite 2300, Philadelphia, PA 19103-2306 |
| 14624566 | + | Rocky Mountain Holdings, LLC, PO Box 713375, Cincinnati, OH 45271-3375 |
| 14624554 | + | Specialized Loan Servicing, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 14665792 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14624564 | + | Temple Physicians, PO Box 824055, Philadelphia, PA 19182-4055 |
| 14640239 | + | Towd Point Master Funding Trust 2018-PM22 CO1, c/o Rebecca Solarz, Esq, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14640000 | + | Towd Point Master Funding Trust 2018-PM22 CO1, U.S, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14638311 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14624563 | + | Walnut Home Therapeutics, 3500 Horizon Drive, King of Prussia, PA 19406-2659 |
| 14624562 | + | Whitemarsh Community Ambulance, PO Box 726, New Cumberland, PA 17070-0726 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14630190 | | Email/Text: amps@manleydeas.com | Mar 30 2022 23:52:00 | Ajax Mortgage Loan Trust 2021-C, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14630263 | | Email/Text: amps@manleydeas.com | Mar 30 2022 23:52:00 | Ajax Mortgage Loan Trust 2021-C, c/o Sarah E. Barngrover, Esq., Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14624561 | + | Email/Text: bankruptcy@credencerm.com | Mar 30 2022 23:53:00 | American Medical Response, C/o Credence, 4222 Trinity Mills, Ste 260, Dallas, TX 75287-7666 |
| 14624558 | + | Email/Text: Harris@ebn.phinsolutions.com | Mar 30 2022 23:53:00 | Chestnut Hill Hospital, C/o Harris & Harris, Ltd., 111 West Jackson Blvd, Ste 400, Chicago, IL 60604-4135 |
| 14624250 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 30 2022 23:52:00 | Department of the Revenue, Internal Revenue Service, PO BOX 7346, Philadelphia, Pa. 19101-7346 |
| 14624556 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 30 2022 23:53:00 | Jefferson University Physicians, C/o CCS, 725 Canton Street, Norwood, MA 02062-2679 |
| 14624560 | + | Email/Text: Harris@ebn.phinsolutions.com | Mar 30 2022 23:53:00 | Tower Health Medical Group, C/o Harris & Harris, Ltd., 111 West Jackson Blvd, Ste 400, Chicago, IL 60604-4135 |
| 14635382 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Mar 30, 2022 Form ID: 155 Total Noticed: 26

| Recip ID | | | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 30 2022 23:52:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14635159 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 31 2022 00:05:06 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14624552 | *+ | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14632808 | *+ | Whitemarsh Community Ambulance, PO Box 726, New Cumberland, PA 17070-0726 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 01, 2022   Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Ajax Mortgage Loan Trust 2021-C amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Ajax Mortgage Loan Trust 2021-C amps@manleydeas.com |
| EUGENE A. CAMPOSANO | on behalf of Debtor Ralph L. Major camposanolaw@comcast.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Towd Point Master Funding Trust 2018-PM22 CO1 U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Ralph L. Major
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−11963−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 29th day of March 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Eric L. Frank
Judge ,
United States Bankruptcy Court

53 − 14, 47
Form 155