# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | Case No.: 21-11963 |
| **Ralph L. Major** | Chapter 13 |
| | Judge Eric L. Frank |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * |
| | |
| **Ajax Mortgage Loan Trust 2021-C,** | Date and Time of Hearing |
| **Mortgage-Backed Securities, Series 2021-C, by U.S. Bank National Association, as Indenture Trustee** | November 15, 2022 at 9:30 a.m. |
| | Place of Hearing |
| **Movant,** | U.S. Bankruptcy Court |
| **vs** | 900 Market Street, Suite 400, Courtroom #1 |
| | Philadelphia, PA, 19107 |
| **Ralph L. Major** | |
| | **Related Document # 57** |
| **Kenneth E. West** | |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, to wit, this 4th day of January, 2023, upon consideration of the parties' Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay (Doc. # 63), it is hereby **ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Kenneth E. West, Chapter 13 Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA 19107, ecfemails@ph13trustee.com (notified by ecf)

Eugene A Camposano, Attorney for Debtor, 1250 Germantown Pike, Suite 205, Plymouth Meeting, PA  19462, camposanolaw@comcast.net (notified by ecf)

Ralph L. Major, Debtor, 9243 EagleView Drive, Lafayette Hill, PA  19444 (notified by regular US Mail)