United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11963-elf |
| Ralph L. Major | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 05, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ralph L. Major, 9243 EagleView Drive, Lafayette Hill, PA 19444-1739 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2023              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Ajax Mortgage Loan Trust 2021-C amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Ajax Mortgage Loan Trust 2021-C amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Towd Point Master Funding Trust 2018-PM22 CO1  U.S. Bank National Association, as Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| EUGENE A. CAMPOSANO | on behalf of Debtor Ralph L. Major camposanolaw@comcast.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 05, 2023 | Form ID: pdf900 | Total Noticed: 1

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 21-11963** |
| **Ralph L. Major** | : **Chapter 13** |
| | : **Judge Eric L. Frank** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **Ajax Mortgage Loan Trust 2021-C,** | : **Date and Time of Hearing** |
| **Mortgage-Backed Securities, Series 2021-** | : **November 15, 2022 at 9:30 a.m.** |
| **C, by U.S. Bank National Association, as** | : |
| **Indenture Trustee** | : **Place of Hearing** |
| **Movant,** | : **U.S. Bankruptcy Court** |
| **vs** | : **900 Market Street, Suite 400, Courtroom #1** |
| | : **Philadelphia, PA, 19107** |
| **Ralph L. Major** | : |
| | **Related Document # 57** |
| **Kenneth E. West** | |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, to wit, this 4th day of January, 2023, upon consideration of the parties' Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay (Doc. # 63), it is hereby **ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Kenneth E. West, Chapter 13 Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA 19107, ecfemails@ph13trustee.com (notified by ecf)

Eugene A Camposano, Attorney for Debtor, 1250 Germantown Pike, Suite 205, Plymouth Meeting, PA 19462, camposanolaw@comcast.net (notified by ecf)

Ralph L. Major, Debtor, 9243 EagleView Drive, Lafayette Hill, PA 19444 (notified by regular US Mail)