**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: ) | |
| RALPH L. MAJOR, ) | |
| ) | **CASE NO.: 21-11963-amc** |
| DEBTOR. ) | **CHAPTER 13** |
| ) | **JUDGE ASHELY M. CHAN** |
| FIRSTKEY MASTER FUNDING 2021-A ) | |
| COLLATERAL TRUST, U.S. BANK TRUST ) | |
| NATIONAL ASSOCIATION AS ) | |
| COLLATERAL TRUST TRUSTEE AS ) | |
| SERVICED BY NEWREZ LLC D/B/A ) | |
| SHELLPOINT MORTGAGE SERVICING, ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| RALPH I. MAJOR, DEBTOR, AND ) | |
| KENNETH E. WEST, TRUSTEE ) | |
| ) | |
| RESPONDENTS. ) | |

<u>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**</u>

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice

of Appearance on behalf of FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank Trust National

Association as Collateral Trust Trustee as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing

and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of

all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 8th day of November 2024     Respectfully submitted,
/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the Service List by electronic notice and/or by First Class U.S. Mail on this 8th day of November 2024.

DEBTOR
RALPH L. MAJOR
9243 EAGLEVIEW DRIVE
LAFAYETTE HILL, PA 19444

ATTORNEYS FOR DEBTOR
EUGENE A. CAMPOSANO
1250 GERMANTOWN PIKE
SUITE 205
PLYMOUTH MEETING, PA 19462
CAMPOSANOLAW@COMCAST.NET

TRUSTEE
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107
ECFEMAILS@PH13TRUSTEE.COM

U.S. TRUSTEE
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*