**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Ralph L. Major** | : | **Case No.: 21-11963** |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Adam B. Hall**, who shall be substituted for Stephen R. Franks as counsel of record for creditor **Ajax Mortgage Loan Trust 2021-C, Mortgage-Backed Securities, Series 2021-C, by U.S. Bank National Association, as Indenture Trustee** ("Creditor").  Stephen R. Franks is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Stephen R. Franks | /s/ Adam B. Hall |
| Stephen R. Franks (0075345) | Adam B. Hall (323867) |
| MDK Legal | MDK Legal |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| SRFranks@mdklegal.com | ABHall@mdklegal.com |

24-013235_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : **Case No.: 21-11963** |
| **Ralph L. Major** | : **Chapter 13** |
| | : **Judge Ashely M. Chan** |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **Ajax Mortgage Loan Trust 2021-C,** | : **Related Document #** |
| **Mortgage-Backed Securities, Series** | : |
| **2021-C, by U.S. Bank National** | : |
| **Association, as Indenture Trustee** | : |
| Movant, | : |
| vs | : |
| | : |
| | : |
| **Ralph L. Major** | : |
| **Kenneth E. West** | |
| Respondents. | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Eugene A Camposano, Attorney for Ralph L. Major, camposanolaw@comcast.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Ralph L. Major, 9243 EagleView Drive, Lafayette Hill, PA  19444

/s/ Adam B. Hall

24-013235_PS