**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Ralph L. Major**, | CASE NO.: 21-11963-djb |
| Debtor(s). | |

**CERTIFICATION OF DEFAULT**

NOW COMES the Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing

("Shellpoint") as servicer for U.S. Bank National Association, as Indenture Trustee on behalf of

and with respect to Ajax Mortgage Loan Trust 2021-C, Mortgage-Backed Securities, Series

2021-C ("Movant"), by and through its attorneys, Hill Wallack LLP, who file this Certification of

Default upon the following:

1.  A Motion for Relief from Stay was filed by Movant on October 24, 2022, at Document No.
    57.

2.  Debtor thereafter filed a response to the Motion for Relief from Stay on November 8, 2022 at
    Document No. 59.

3.  On or about December 30, 2022, the Debtor and Movant entered into a certain Stipulation in
    Settlement of the Motion for Relief from Stay wherein the Debtor agreed to remain current
    on all regular post-petition monthly mortgage payments commencing with the January 1,
    2023, payment. A true and correct copy of the Stipulation is attached hereto and made a part
    hereof as Exhibit "A."

4.  On or about January 4, 2023, the Court entered an Order approving the Stipulation at
    Document No. 64.

5.  The Stipulation provided that should the monthly payments not be remitted on the date due,

Movant shall send Debtor and Debtor's counsel a written Notice of Default of the

Stipulation.  If the default is not cured within ten (10) days of the date of the Notice, counsel

shall file a Certification of Default with the Court and the Court shall enter an Order granting

relief from the Automatic Stay and Co-Debtor Stay, waiving FED. R. Bankr. P. 3002.1 and

waiving Rule 4001 (a)(3) (now Rule 4001 (a)(4)) so that the Relief Order is immediately

effective and enforceable.  *See* Stipulation at ¶ 6.

6.  The Debtor failed to make the payments required under the Stipulation beginning with the

payment due on May 1, 2025.

7.  A Notice of Default was sent to Debtor and their counsel on September 25, 2025. A true and

correct copy of letter dated September 25, 2025, is attached hereto as Exhibit "B."

8.  As of October 24, 2025, the Debtor has failed to bring said post-petition arrears current such

that the Debtor remains in default under the Stipulation. More specifically, Debtor's account

is past due for the payments due from May 1, 2025, through October 1, 2025 in the amount

of $18,222.06 less suspense in the amount of $55.31, for a total of $18,166.75. A true and

correct copy of the post-petition ledger is attached hereto as Exhibit "C".

9.  As such, Movant respectfully requests that the attached Order in connection with the

Motion for Relief from Stay be entered.

Hill Wallack LLP

By:  /s/ Aleksandra K. Fugate
Aleksandra K. Fugate, Esquire
Hill Wallack LLP
261 Madison Avenue, 9th Floor, Suite 940
New York, NY 10016
929-295-7874
Email: afugate@hillwallack.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Ralph L. Major**, | CASE NO.: 21-11963-djb |
| Debtor(s). | |

**ORDER FOR RELIEF**

AND NOW, this _____ day of _____, upon NewRez LLC d/b/a Shellpoint

Mortgage Servicing ("Shellpoint") as servicer for U.S. Bank National Association, as Indenture

Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-C, Mortgage-Backed

Securities, Series 2021-C ("Movant"), and after Notice of Default and the filing of a Certification of

Default, it is,

ORDERED AND DECREED THAT: The automatic stay of all proceedings, as provided by

11 U.S.C. § 362(a) is modified with respect to premises, 9243 Eagle View Drive, Springfield

Township, PA 19444 as more fully set forth in the legal description attached to said mortgage, to

allow the Movant to foreclose on its mortgage or take any legal or consensual action for enforcement

of its right to possession of, or title to, said premises (such actions may include but are not limited to

the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to

allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or

consensual action for enforcement of its right to possession of, or title to, said premises; and it is

further;

ORDERED AND DECREED THAT: The relief granted by this Order shall survive the

conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. Rule

4001(a)(4) is not applicable and Movant may immediately enforce and implement this Order granting

Relief from the Automatic Stay.

_____
Judge Derek J Baker, U.S.B.J.

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Ralph L. Major**, | CASE NO.: 21-11963-djb |
| Debtor(s). | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served or caused to be served the above-captioned

pleading, Certification of Default, on the parties below via First-Class Mail and Electronic

Notification on the date:  November 4, 2025

| | |
|---|---|
| **Ralph L. Major**<br>9243 Eagle View Drive<br>Lafayette Hill, PA 19444<br>**Debtor**<br>**Via Regular Mail** | **Kenneth E. West**<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106<br>**Chapter 13 Trustee**<br>**Via ECF** |
| **Eugene A. Camposano, Esquire**<br>1250 Germantown Pike<br>Suite 205<br>Plymouth Meeting, PA 19462<br>**Counsel for Debtor**<br>**Via ECF** | **United States Trustee**<br>Office of the United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107<br>**U.S. Trustee**<br>**Via ECF** |

*By:  /s/ Aleksandra K. Fugate*
   Aleksandra K. Fugate, Esquire
   Hill Wallack LLP
   261 Madison Avenue, 9th Floor, Suite 940
   New York, NY 10016
   929-295-7874
   Email: afugate@hillwallack.com

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 21-11963** |
| **Ralph L. Major** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * |
| | : | |
| **Ajax Mortgage Loan Trust 2021-C,** | : | **Date and Time of Hearing** |
| **Mortgage-Backed Securities, Series 2021-** | : | **November 15, 2022 at 9:30 a.m.** |
| **C, by U.S. Bank National Association, as** | : | |
| **Indenture Trustee** | : | **Place of Hearing** |
| **Movant,** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Suite 400, Courtroom #1** |
| **vs** | : | **Philadelphia, PA, 19107** |
| | : | |
| **Ralph L. Major** | : | |
| | | **Related Document # 57** |
| **Kenneth E. West** | | |
| **Respondents.** | | |

### STIPULATION FOR SETTLEMENT OF CREDITOR AJAX MORTGAGE LOAN TRUST 2021-C, MORTGAGE-BACKED SECURITIES, SERIES 2021-C, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE MOTION FOR RELIEF FROM AUTOMATIC STAY FOR PROPERTY LOCATED AT 9243 EAGLE VIEW DRIVE, SPRINGFIELD TOWNSHIP, PA 19444 (DOCKET # 57)

This matter coming to be heard on the *Motion for Relief from Stay* (Dkt. #57) which was filed in this court by Ajax Mortgage Loan Trust 2021-C, Mortgage-Backed Securities, Series 2021-C, by U.S. Bank National Association, as Indenture Trustee ("Movant"), Movant and Ralph L. Major by and through counsel ("Debtor"), have agreed to a course of action which will condition the continuation of the automatic stay upon certain provisions incorporated herein for the protection of Movant; and Parties stipulate to the following and request a Court order confirming the same:

1.  The Parties agree that the Chapter 13 Plan ("Plan") filed herein on behalf of Debtor provided that said Debtor was to make regular monthly mortgage payments to Movant outside of the Plan in a regular monthly fashion.

2.  The Parties agree that in breach of said Plan, Debtor failed to make regular monthly mortgage payments to Movant and, at the time the Motion was filed was in default for the months of January 2022 through October 2022. Debtor since cured the delinquency and is currently due for the December 1, 2022 payment at $2,999.24.

3.  Debtor shall pay the December 1, 2022 payment directly to the Movant within ten (10) days of the entry of the Court Order approving this stipulation.

2

4.  Debtor shall submit ongoing monthly mortgage payments directly to the Creditor starting with the January 1, 2023 post-petition payment and make all further payments on or before the date on which it is due.

5.  Payments shall be sent to:

    Gregory Funding LLC
    PO Box 742334
    Los Angeles, CA 90074-2334.

6.  The following are events of default under this Stipulation:

    a.  Debtor's failure to remit any future monthly mortgage payment on or before the date on which it is due;

7.  In the event of a Default, Movant shall send a Notice specifying the Default, to Debtor and Debtor's counsel ("Notice"), allowing Debtor ten (10) days to cure the Default ("Cure Opportunity"). If the Default is not cured, Movant shall file a Certification of Default with the Court. The automatic stay shall be terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property upon the Court's entry of an Order granting Movant's Certification of Default.

8.  If Movant has to send a Notice of Default, the Debtor shall pay $100.00 per notice, as attorney fees, in addition to whatever funds are needed to cure the default prior to the expiration of the allowed cure period.

9.  This Stipulation is being entered into only if and in reliance upon the default terms to be **strictly enforced**.

10. This Stipulation remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates their case by order of the Court and/or the Movant obtains relief from stay and the stay is subsequently reinstated by order of the Court.

11. If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

MANLEY DEAS KOCHALSKI LLC

Dated:_____12/30/2022_____          BY:_____/s/ Adam B. Hall_____
                                                 Adam B. Hall (323867)
                                                 Manley Deas Kochalski LLC
                                                 P.O. Box 165028
                                                 Columbus, OH 43216-5028
                                                 614-220-5611; Fax 614-627-8181
                                                 Email: abh@manleydeas.com

3

Attorney for Creditor

Dated: 12/20/2022

BY: _____

Eugene A Camposano
1250 Germantown Pike
Suite 205
Plymouth Meeting, PA 19462
Email: camposanolaw@comcast.net
Attorney for Debtor

Dated: 12/20/2022

BY: _____

Ralph L. Major
Debtor

I do not object to the foregoing Stipulation

/s/ LeRoy W. Etheridge, Esquire    No objection to its terms, without prejudice to any of our rights and
Kenneth E. West                    remedies
1234 Market Street - Suite 1813
Philadelphia, PA 19107

4

# EXHIBIT B

# HW  HILL WALLACK LLP

Cherry Hill Plaza
1415 Route 70 East
Suite 309
Cherry Hill, NJ 08034
main 856.616.8080

WRITER'S DIRECT CONTACTS:
Phone: (856) 616-8086
Email: aunterlack@hillwallack.com

September 25, 2025

*Via First-Class Mail and Email:camposanolaw@comcast.net*
Eugene A. Camposano, Esquire
1250 Germantown Pike, Suite 205
Plymouth Meeting, PA 19462

**Re:     *Ralph L. Mayor***
        ***Eastern District (Philadelphia) 21-11963-amc***
        ***<u>NOTICE OF DEFAULT</u>***

Dear Attorney Camposano:

Please be advised that the above-referenced debtor is in default under the terms of the Stipulation in Settlement of the Motion for Relief from the Automatic Stay dated December 20, 2022, and approved and entered by the Bankruptcy Court on December 30, 2022.  As of September 25, 2025, the following post-Petition payments are due and owing:

| | |
|---|---:|
| Regular Payments: 05/01/2025 to 09/01/2025: (5) at $3,037.01/mo. | $15,185.05 |
| Less Suspense: | ($55.31) |
| **<u>TOTAL DUE:</u>** | **<u>$15,129.74</u>** |

If the payment default is not cured within fifteen (15) days from the date of this notice, a Certificate of Default requesting the entry of an Order granting Relief from the Automatic Stay may be filed.  Please note that it is likely that Debtor is also deficient for the payment that was due on September 1, 2025, and same has been included in the above calculations, although such deficiency has not been set forth on the Creditor's records as of yet.

Please be guided accordingly.

Very truly yours,

*/s/ Andrew L. Unterlack*
Andrew L. Unterlack, Esquire
**Hill Wallack, LLP**
Authorized agent for secured creditor

ALU:LDJ

cc:    **Ralph L. Major**
       **9243 Eagleview Drive**
       **Lafayette, PA 19444**
       **Debtor**

*THIS FIRM IS A DEBT COLLECTOR, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  IF YOUR PERSONAL LIABILITY FOR THE DEBT HAS BEEN DISCHARGED IN BANKRUPTCY, WE ARE ONLY PROCEEDING AGAINST THE REAL ESTATE SECURED BY THE MORTGAGE.*

# EXHIBIT C

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| AO Effective 1/1/2023 | | | | $    - | $    - |
| 1/1/2023 | 1/31/2023 | $5,998.48 | $2,999.24 | $    2,999.24 | $    2,999.24 |
| 2/1/2023 | | | $2,999.24 | $    (2,999.24) | $    - |
| 3/1/2023 | 4/12/2023 | $5,998.48 | $2,999.24 | $    2,999.24 | $    2,999.24 |
| 4/1/2023 | | | $2,999.24 | $    (2,999.24) | $    - |
| 5/1/2023 | 6/13/2023 | $5,998.48 | $2,999.24 | $    2,999.24 | $    2,999.24 |
| 6/1/2023 | | | $2,999.24 | $    (2,999.24) | $    - |
| 7/1/2023 | 7/5/2023 | $2,999.24 | $2,999.24 | $    - | $    - |
| 8/1/2023 | 9/15/2023 | $5,998.48 | $2,999.24 | $    2,999.24 | $    2,999.24 |
| 9/1/2023 | | | $2,999.24 | $    (2,999.24) | $    - |
| 10/1/2023 | 11/9/2023 | $2,999.24 | $2,999.24 | $    - | $    - |
| 11/1/2023 | 12/29/2023 | $3,015.10 | $3,015.10 | $    - | $    - |
| 12/1/2023 | 1/31/2024 | $3,015.10 | $3,015.10 | $    - | $    - |
| 1/1/2024 | 2/23/2024 | $3,015.10 | $3,015.10 | $    - | $    - |
| 2/1/2024 | 4/12/2024 | $6,030.20 | $3,015.10 | $    3,015.10 | $    3,015.10 |
| 3/1/2024 | | | $3,015.10 | $    (3,015.10) | $    - |
| 4/1/2024 | 6/11/2024 | $836.32 | $3,015.10 | $    (2,178.78) | $    (2,178.78) |
| 5/1/2024 | 7/24/2025 | $38,568.66 | $3,015.10 | $    35,553.56 | $    33,374.78 |
| 6/1/2024 | | | $3,015.10 | $    (3,015.10) | $    30,359.68 |
| 7/1/2024 | | | $3,015.10 | $    (3,015.10) | $    27,344.58 |
| 8/1/2024 | | | $3,015.10 | $    (3,015.10) | $    24,329.48 |
| 9/1/2024 | | | $3,015.10 | $    (3,015.10) | $    21,314.38 |
| 10/1/2024 | | | $3,037.01 | $    (3,037.01) | $    18,277.37 |
| 11/1/2024 | | | $3,037.01 | $    (3,037.01) | $    15,240.36 |
| 12/1/2024 | | | $3,037.01 | $    (3,037.01) | $    12,203.35 |
| 1/1/2025 | | | $3,037.01 | $    (3,037.01) | $    9,166.34 |
| 2/1/2025 | | | $3,037.01 | $    (3,037.01) | $    6,129.33 |
| 3/1/2025 | | | $3,037.01 | $    (3,037.01) | $    3,092.32 |
| 4/1/2025 | | | $3,037.01 | $    (3,037.01) | $    55.31 |
| 5/1/2025 | | | $3,037.01 | $    (3,037.01) | $    (2,981.70) |
| 6/1/2025 | | | $3,037.01 | $    (3,037.01) | $    (6,018.71) |
| 7/1/2025 | | | $3,037.01 | $    (3,037.01) | $    (9,055.72) |
| 8/1/2025 | | | $3,037.01 | $    (3,037.01) | $    (12,092.73) |
| 9/1/2025 | | | $3,037.01 | $    (3,037.01) | $    (15,129.74) |
| 10/1/2025 | | | $3,037.01 | $    (3,037.01) | $    (18,166.75) |
| | | | | $    - | $    (18,166.75) |
| | | | | $    - | $    (18,166.75) |
| | | | | $    - | $    (18,166.75) |
| | | | | $    - | $    (18,166.75) |
| | | | | $    - | $    (18,166.75) |
| | | | | $    - | $    (18,166.75) |
| | | | | $    - | $    (18,166.75) |
| | | | | $    - | $    (18,166.75) |
| | | | | $    - | $    (18,166.75) |

| Loan Number | xxxxxx8506 |
|---|---|
| Debtor | MAJOR |
| BK filed date | 7/15/2021 |
| BK Case # | 21-11963 |
| Post Next Due | 5/1/2025 |
| Suspense | $    55.31 |

| Due Date | Due Amount | # Months | Total Due |
|---|---|---|---|
| 5/1/2025 - 10/1/2025 | $3,037.01 | 6 | $    18,222.06 |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | Subtotal | $    18,222.06 |
| | | Less Unapplied | $    55.31 |
| | | Total to bring current | $    18,166.75 |

$    18,222.06
$    (18,166.75)
$    55.31  unapplied

**Payment Address:**
Shellpoint Mortgage Servicing
PO Box 650840
Dallas, TX 75265-0840

**Overnight Payment Address:**
Shellpoint Mortgage Servicing
Attn Payment Processing
75 Beattie Place Ste LL202
Greenville, SC 29601