IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Ralph L. Major              :         Bky. No.: 21-11963-DJB
                                    :
                                    :
                                    :
          Debtor                    :         Chapter 13


**<u>DEBTOR'S ANSWER IN OPPOSITION TO THE CERTIFICATION OF DEFAULT FILED BY NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING AS SERVICER FOR U.S. BANK TRUST N.A., AS TRUSTEE</u>**

The Debtor herein, Ralph L. Major, by and through his counsel, hereby answers the Certification of Default filed by NewRez LLC as follows:

The averments in the Certification are denied. Ralph Major has been making payments and is also current with his Chapter 13 Plan payments. The Debtor recently contacted the mortgage company regarding satisfying the Notice of Default.

WHEREFORE, the Debtor respectfully requests that the Court deny the relief requested in the Certification of Default, schedule a hearing on the Certification, and for such other and further relief as is just.

Respectfully submitted,

Signed:   /s/Eugene A. Camposano
Eugene A. Camposano, Esquire
Attorney for Debtor

1250 Germantown Pike, Suite 205
Plymouth Meeting, PA 19462
Tel:  610-306-0626
camposanolaw@comcast.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Ralph L. Major                      :        Bky. No.: 21-11963-DJB
                                             :
                                             :
                                             :
            Debtor                           :        Chapter 13


## CERTIFICATION OF SERVICE

I, Eugene A. Camposano, hereby certify that the foregoing Debtor's Answer in Opposition to the Certification of Default of NewRez LLC was served by electronic means, on November 7, 2025, on the following:

Aleksandra K. Fugate, Esquire
Hill Wallack LLP
261 Madison Avenue, Suite 940
New York, NY  10016


        Respectfully submitted,

        Signed:   /s/Eugene A. Camposano
            Eugene A. Camposano, Esquire
            Attorney for Debtor

            1250 Germantown Pike, Suite 205
            Plymouth Meeting, PA 19462
            Tel:   610-306-0626
            camposanolaw@comcast.net