*Form 167* (1/25)–doc 83 – 82

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Ralph L. Major ) | Case No. 21–11963–djb |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Derek J Baker , United States Bankruptcy Judge to consider:

Reply to Certification of Default by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing (Shellpoint) as servicer for U.S. Bank National Association filed by Debtor Ralph L. Major

on: 12/4/25

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107


Date: November 7, 2025                                                                                       For The Court

                                                                                          Mohung Wong
                                                                                          Clerk of Court