United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11963-djb |
| Ralph L. Major | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 07, 2025 | Form ID: 167 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ralph L. Major, 9243 EagleView Drive, Lafayette Hill, PA 19444-1739 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing (Sh, 21 Roszel Road, Princeton, NJ 08543, UNITED STATES 08540-6669 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2025 at the address(es) listed below:

**Name**    **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor Ajax Mortgage Loan Trust 2021-C amps@manleydeas.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Towd Point Master Funding Trust 2018-PM22 CO1  U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com

EUGENE A. CAMPOSANO
    on behalf of Debtor Ralph L. Major camposanolaw@comcast.net

JOSHUA I. GOLDMAN
    on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust  U.S. Bank Trust National Association as Collateral Trust Trustee as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KAITLIN D. SHIRE

District/off: 0313-2　　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Nov 07, 2025　　　　　　　　　　　　　　Form ID: 167　　　　　　　　　　　　　　　　　　Total Noticed: 2

                on behalf of Creditor For U.S. Bank National Association as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-C, Mortgage-Backed Securities, Series 2021-C c/o Hill Wallack kshire@hillwallack.com, lharkins@ecf.courtdrive.com

KAITLIN D. SHIRE

                on behalf of Creditor U.S. Bank National Association as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-C, Mortgage-Backed Securities, Series 2021-C kshire@hillwallack.com, lharkins@ecf.courtdrive.com

KENNETH E. WEST

                on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST

                ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee

                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 167* (1/25)–doc 83 – 82

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         )
   Ralph L. Major                         )        Case No. 21−11963−djb
                                           )
                                           )
   Debtor(s).                              )        Chapter: 13
                                           )
                                           )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Derek J Baker , United States Bankruptcy Judge to consider:

Reply to Certification of Default by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing (Shellpoint) as servicer for U.S. Bank National Association filed by Debtor Ralph L. Major

on: 12/4/25

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107


Date: November 7, 2025                                         For The Court

                                                                            Mohung Wong
                                                                            Clerk of Court