United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 21-11963-djb

Ralph L. Major                                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 24, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

**Recip ID              Recipient Name and Address**
db                    + Ralph L. Major, 9243 EagleView Drive, Lafayette Hill, PA 19444-1739

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

**Name                          Email Address**

ADAM BRADLEY HALL
                              on behalf of Creditor Ajax Mortgage Loan Trust 2021-C amps@manleydeas.com

EUGENE A. CAMPOSANO
                              on behalf of Debtor Ralph L. Major camposanolaw@comcast.net

JOSHUA I. GOLDMAN
                              on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust  U.S. Bank Trust National Association as Collateral Trust Trustee as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KAITLIN D. SHIRE
                              on behalf of Creditor U.S. Bank National Association  as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-C, Mortgage-Backed Securities, Series 2021-C kshire@hillwallack.com, lharkins@ecf.courtdrive.com

KAITLIN D. SHIRE
                              on behalf of Creditor For U.S. Bank National Association  as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-C, Mortgage-Backed Securities, Series 2021-C c/o Hill Wallack kshire@hillwallack.com,

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Apr 24, 2026                       Form ID: pdf900                               Total Noticed: 1

                lharkins@ecf.courtdrive.com

KENNETH E. WEST
       on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
       ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
       on behalf of Creditor Towd Point Master Funding Trust 2018-PM22 CO1  U.S. Bank National Association, as Trustee
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee
       USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

IN RE:                                          CHAPTER 13
                                                CASE NO.: 21-11963-djb
**Ralph L. Major**,
        Debtor(s).

**ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF**
**FROM THE AUTOMATIC STAY**

        **AND NOW**, this _____ day of _____, **2026**, it is hereby **ORDERED** that the

corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

                                        **BY THE COURT:**

        **Date: April 24, 2026**        _____
                                        **DEREK J. BAKER**
                                        **US BANKRUPTCY JUDGE**

Case Administrator to mail:

Cc:    Kenneth E. West, Chapter 13 Trustee
       Debtors: Ralph L. Major at 9243 Eagle View Drive, Lafayette Hill, PA 19444
       Counsel for Debtor: Eugene A. Camposano, Esquire
       Counsel for Movant: Aleksandra K. Fugate, Esquire

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

IN RE:

**Ralph L. Major**,
    Debtor(s).

CHAPTER 13
CASE NO.: 21-11963-djb

**STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF FROM THE**
**AUTOMATIC STAY**

It is hereby stipulated by and between Hill Wallack, LLP, counsel for NewRez LLC ("Shellpoint") as servicer for U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-C, Mortgage-Backed Securities, Series 2021-C ("Movant"), and Eugene A. Camposano, Esquire, counsel for the Debtors, as follows:

1.    The Automatic Stay as provided by Section 362 of the Bankruptcy Code shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2.    The Stipulation pertains to the property located at 9243 Eagle View Drive, Springfield Township, PA 19444 (the "Property").

3.    The Debtor currently has a post-petition arrearage of $6,480.87 representing the monthly payments due on the First Mortgage from February 1, 2026 through April 1, 2026 (3 months @ $3,071.37/mo.) and Attorney's Fees and Cost in the amount of $250.00 with $2,983.24 in suspense.

4.    Debtor is to cure the post-petition arrears in the amount of $6,480.87 over the period of six (6) months by making stipulation payments in the amount of $1,080.15 beginning on May 15, 2026 and making one final payment of $1,080.12 on October 15, 2026.

5.    Beginning May 1, 2026, Debtor shall commence payment of the regular monthly payment in the amount of $3,071.37, subject to adjustment on proper notice.

6.    Should the Debtor fail to make any of the Post-Petition Monthly Payments due or any of the arrears stipulation payments, then Movant shall send Debtors and counsel a written Notice of Default of this Stipulation.  If the default is not cured within fifteen (15) days of the date of the Notice, counsel shall file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay waiving **FED. R. Bankr.**

**P. 3002.1** and waiving **Rule 4001 (a)(4)** so that the Relief Order is immediately effective and enforceable.

7.      In the event the Debtors converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within **ten (10)** days from the date of conversion in order to bring the loan contractually current.  Should the Debtors fail to bring the loan contractually current, Movant shall send Debtors and counsel a written Notice of Default of this Stipulation.  If the default is not cured within ten (10) days of the date of the Notice, counsel shall file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay waiving **FED. R. Bankr. P. 3002.1** and waiving **Rule 4001 (a)(4)** so that the Relief Order is immediately effective and enforceable.

8.      Debtors' tendering of a check to Movant, which is subsequently returned due to insufficient funds in the account upon which the check is drawn, shall not constitute payment as the term is used in this Stipulation.

9.      The parties stipulate that Movant shall be permitted to communicate with the Debtors and Debtors' Counsel to the extent necessary to comply with applicable non-bankruptcy law.

10.      The parties agree that a facsimile signature shall be considered an original signature.

/s/ Aleksandra K. Fugate

Aleksandra K. Fugate, Esq.
Counsel for Movant

/s/

Eugene A. Camposano
Counsel for Debtor

/s/ Ralph Major

RALPH MAJOR

No Objection
/s/ /s/ LeeAne O. Huggins     April 21, 2026

For Kenneth E. West
Ch13 Trustee