**Fill in this information to identify the case:**

Debtor 1 **RALPH L. MAJOR**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the: **Eastern District of Pennsylvania** (State)

Case Number **21-11963-DJB**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** SHELLPOINT MORTGAGE SERVICING

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 0 0 9 7

**Property Address:**

9243 EAGLEVIEW DRIVE
Number Street

LAFAYETTE HILL PA 19444
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 69,307.97 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 69,307.97 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 69,307.97 |

**Part 4: Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5: Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

**Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✘ /s/ Kenneth E. West — Date 08/19/2026
Signature

Trustee: Kenneth E. West
First Name / Middle Name / Last Name

Address: 190 N. Independence Mall West, Suite 701
Number / Street

Philadelphia PA 19106
City / State / ZIP Code

Contact phone (215) 627-1377 Email info@ph13trustee.com

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 08/16/2022 | 3014012 | Disbursement To Creditor/Principal | 478.66 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 09/08/2022 | 3015148 | Disbursement To Creditor/Principal | 1,470.70 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 10/11/2022 | 3016343 | Disbursement To Creditor/Principal | 1,470.70 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 11/15/2022 | 3017633 | Disbursement To Creditor/Principal | 1,470.70 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 12/13/2022 | 3018877 | Disbursement To Creditor/Principal | 1,470.70 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 01/10/2023 | 3020097 | Disbursement To Creditor/Principal | 1,470.69 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 02/08/2023 | 3021299 | Disbursement To Creditor/Principal | 1,470.70 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 03/09/2023 | 3022564 | Disbursement To Creditor/Principal | 1,470.70 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 04/12/2023 | 3023814 | Disbursement To Creditor/Principal | 1,470.70 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 05/09/2023 | 3025062 | Disbursement To Creditor/Principal | 1,470.70 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 06/13/2023 | 3026252 | Disbursement To Creditor/Principal | 1,470.69 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 07/13/2023 | 3027380 | Disbursement To Creditor/Principal | 1,470.70 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 08/15/2023 | 3028535 | Disbursement To Creditor/Principal | 1,470.70 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 09/18/2023 | 3029705 | Disbursement To Creditor/Principal | 1,470.70 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 10/10/2023 | 3030695 | Disbursement To Creditor/Principal | 1,470.70 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 11/09/2023 | 3031696 | Disbursement To Creditor/Principal | 1,438.72 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 12/21/2023 | 4000516 | Disbursement To Creditor/Principal | 1,438.73 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 01/16/2024 | 4001363 | Disbursement To Creditor/Principal | 1,438.73 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 02/12/2024 | 4002278 | Disbursement To Creditor/Principal | 1,438.73 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 03/12/2024 | 4003194 | Disbursement To Creditor/Principal | 1,438.73 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 04/10/2024 | 4004110 | Disbursement To Creditor/Principal | 1,438.73 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 05/13/2024 | 4005013 | Disbursement To Creditor/Principal | 1,438.73 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 06/14/2024 | 4005945 | Disbursement To Creditor/Principal | 1,438.73 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 07/17/2024 | 4006890 | Disbursement To Creditor/Principal | 1,438.73 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 08/14/2024 | 4007813 | Disbursement To Creditor/Principal | 1,438.73 |
| 6 | SPECIALIZED LOAN SERVICII | Secured Mortgage Paid In Full R/E | 09/11/2024 | 4008658 | Disbursement To Creditor/Principal | 1,438.73 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 10/16/2024 | 4009518 | Disbursement To Creditor/Principal | 1,438.73 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 11/13/2024 | 4010435 | Disbursement To Creditor/Principal | 1,454.71 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 12/11/2024 | 4011266 | Disbursement To Creditor/Principal | 1,454.71 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 01/15/2025 | 4012113 | Disbursement To Creditor/Principal | 1,454.71 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 02/12/2025 | 4012984 | Disbursement To Creditor/Principal | 1,454.72 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 03/12/2025 | 4013829 | Disbursement To Creditor/Principal | 1,454.72 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 04/15/2025 | 4014686 | Disbursement To Creditor/Principal | 1,454.72 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 05/14/2025 | 4015566 | Disbursement To Creditor/Principal | 1,454.72 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 06/11/2025 | 4016420 | Disbursement To Creditor/Principal | 1,454.72 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 07/16/2025 | 4017240 | Disbursement To Creditor/Principal | 1,454.72 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 08/13/2025 | 4018089 | Disbursement To Creditor/Principal | 1,454.72 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 09/10/2025 | 4018923 | Disbursement To Creditor/Principal | 1,454.72 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 10/15/2025 | 4019775 | Disbursement To Creditor/Principal | 1,454.72 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 11/19/2025 | 4020668 | Disbursement To Creditor/Principal | 1,454.72 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 12/10/2025 | 4021547 | Disbursement To Creditor/Principal | 1,454.72 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 01/14/2026 | 4022323 | Disbursement To Creditor/Principal | 1,454.72 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 02/11/2026 | 4023209 | Disbursement To Creditor/Principal | 1,454.72 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 03/18/2026 | 4024071 | Disbursement To Creditor/Principal | 1,454.72 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 04/13/2026 | 4021547 | Cancelled Check To Creditor/Principal | -1,454.72 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 04/15/2026 | 4024969 | Disbursement To Creditor/Principal | 2,909.44 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 05/13/2026 | 4025858 | Disbursement To Creditor/Principal | 1,454.72 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 06/17/2026 | 4026742 | Disbursement To Creditor/Principal | 1,454.72 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 07/15/2026 | 4027658 | Disbursement To Creditor/Principal | 1,454.72 |
| 6 | SHELLPOINT MORTGAGE SE | Secured Mortgage Paid In Full R/E | 08/19/2026 | 4028538 | Disbursement To Creditor/Principal | 425.69 |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| | | | | | Total for Claim Number 6: | 69,307.97 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **69,307.97** |