Certificate Number: 12433-PAE-DE-041352372

Bankruptcy Case Number: 21-11963

12433-PAE-DE-041352372

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 21, 2026, at 8:46 o'clock AM PDT, Ralph Major completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 21, 2026

By: /s/Loren Bailey Roberts

Name: Loren Bailey Roberts

Title: Teacher