United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 21-11963-djb
Ralph L. Major | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Sep 08, 2026 | Form ID: 138OBJ | Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ralph L. Major, 9243 EagleView Drive, Lafayette Hill, PA 19444-1739 |
| 14945280 | + | FirstKey Master Funding 2021-A Collateral Trust,, US Bank Natl by NewRez d/b/a Shellpoint, c/o Joshua I. Goldman, Esq., 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14624557 | + | Jefferson Health, C/o ProCon, PO Box 505, Linden, MI 48451-0505 |
| 14644312 | + | Jefferson Health System-Hospital c/o Tabas & Rosen, 1601 Market Street Suite 2300, Philadelphia, PA 19103-2306 |
| 14624566 | + | Rocky Mountain Holdings, LLC, PO Box 713375, Cincinnati, OH 45271-3375 |
| 14913657 | + | Shellpoint Mortgage Servicing, U.S. Bank National Association, as Inden, c/o Angela C. Pattison, Esq., Hill Wallack LLP, 1415 Route 70 East, Suite 309 Cherry Hill, NJ 08034-2210 |
| 14624564 | + | Temple Physicians, PO Box 824055, Philadelphia, PA 19182-4055 |
| 14640239 | + | Towd Point Master Funding Trust 2018-PM22 CO1, c/o Rebecca Solarz, Esq, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14624563 | + | Walnut Home Therapeutics, 3500 Horizon Drive, King of Prussia, PA 19406-2659 |
| 14624562 | + | Whitemarsh Community Ambulance, PO Box 726, New Cumberland, PA 17070-0726 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 09 2026 05:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 09 2026 05:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14630190 | | Email/Text: amps@manleydeas.com | Sep 09 2026 05:23:00 | Ajax Mortgage Loan Trust 2021-C, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14638171 | ^ | MEBN | Sep 09 2026 05:22:46 | Ajax Mortgage Loan Trust 2021-C, c/o Gregory Funding LLC, PO Box 230579, Tigard, OR 97281-0579 |
| 14630263 | | Email/Text: amps@manleydeas.com | Sep 09 2026 05:23:00 | Ajax Mortgage Loan Trust 2021-C, c/o Sarah E. Barngrover, Esq., Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14624561 | + | Email/Text: bankruptcy@credencerm.com | Sep 09 2026 05:23:00 | American Medical Response, C/o Credence, 4222 Trinity Mills, Ste 260, Dallas, TX 75287-7666 |
| 14624565 | ^ | MEBN | Sep 09 2026 05:22:32 | Barden Thorwarth and Daughtridge, C/o Apex Asset Management, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 14624559 | ^ | MEBN | Sep 09 2026 05:22:37 | Chestnut Hill Hospital, C/o Arcadia Recovery, PO Box 6768, Wyomissing, PA 19610-0768 |
| 14624558 | + | Email/Text: HHEBN@harriscollect.com | Sep 09 2026 05:23:00 | Chestnut Hill Hospital, C/o Harris & Harris, Ltd., 111 West Jackson Blvd, Ste 400, Chicago, IL 60604-4135 |

| | | | | |
|---|---|---|---|---|
| 14624250 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2026 05:23:00 | Department of the Revenue, Internal Revenue Service, PO BOX 7346, Philadelphia, Pa. 19101-7346 |
| 14911356 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 09 2026 05:23:00 | FirstKey Master Funding 2021-A Collateral Trust, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14624553 | ^ | MEBN | Sep 09 2026 05:22:43 | Gregory Funding, PO Box 742334, Los Angeles, CA 90074-2334 |
| 14624555 | ^ | MEBN | Sep 09 2026 05:22:48 | Jefferson Health, 833 Chestnut Street, Ste 115, Philadelphia, PA 19107-4401 |
| 14624556 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 09 2026 05:23:00 | Jefferson University Physicians, C/o CCS, 725 Canton Street, Norwood, MA 02062-2609 |
| 14918291 | + | Email/Text: ecfbnc@aldridgepite.com | Sep 09 2026 05:23:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Wendy Locke, Aldridge Pite, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 14624554 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 09 2026 05:23:00 | Specialized Loan Servicing, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 14665792 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 09 2026 05:23:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14640000 | ^ | MEBN | Sep 09 2026 05:22:38 | Towd Point Master Funding Trust 2018-PM22 CO1, U.S, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14624560 | + | Email/Text: HHEBN@harriscollect.com | Sep 09 2026 05:23:00 | Tower Health Medical Group, C/o Harris & Harris, Ltd., 111 West Jackson Blvd, Ste 400, Chicago, IL 60604-4135 |
| 14901992 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 09 2026 05:23:00 | U.S. Bank National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14638311 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 09 2026 05:23:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14635382 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 09 2026 05:23:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14635159 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 09 2026 05:33:08 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14624552 | *+ | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14632808 | *+ | Whitemarsh Community Ambulance, PO Box 726, New Cumberland, PA 17070-0726 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Ajax Mortgage Loan Trust 2021-C amps@manleydeas.com |
| EUGENE A. CAMPOSANO | on behalf of Debtor Ralph L. Major camposanolaw@comcast.net |
| JOSHUA I. GOLDMAN | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust U.S. Bank Trust National Association as Collateral Trust Trustee as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing logsecf@logs.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| KAITLIN D. SHIRE | on behalf of Creditor For U.S. Bank National Association as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-C, Mortgage-Backed Securities, Series 2021-C c/o Hill Wallack kshire@hillwallack.com, lharkins@ecf.courtdrive.com |
| KAITLIN D. SHIRE | on behalf of Creditor U.S. Bank National Association as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2021-C, Mortgage-Backed Securities, Series 2021-C kshire@hillwallack.com, lharkins@ecf.courtdrive.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Towd Point Master Funding Trust 2018-PM22 CO1 U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 138OBJ* (6/24)−doc 104 − 98

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Ralph L. Major | ) | Case No. 21−11963−djb |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed on or before **October 8, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 8, 2026

For The Court

Mohung Wong
Clerk of Court